In re WEISEL. (Supreme Court, Appellate Division, First Department. March 10, 1905.) In the matter of Walter Weisel. E. B. Goodman, for appellant. J. Frankenheimer, for respondent. No opinion. Decree affirmed, with costs.

---

WEISSBERGER, Respondent, v. CARL et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Moritz Weissberger against Samuel F. Carl and Charles W. Carl.

PER CURIAM. Judgment and order affirmed, with costs.

HOOKER, J., not voting.

---

WEIXELBAUM, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by Helena Weixelbaum, as administratrix, against the New York City Railway Company. C. F. Brown, for appellant. C. Steckler, for respondent.

PER CURIAM. Judgment modified, by striking out extra allowance, and the judgment, as so reduced to the sum of $1,379.84, and order appealed from, affirmed, with costs of appeal.

McLAUGHLIN, J., dissents.

---

WESTCOTT, Appellant, v. FIDELITY & DEPOSIT CO. OF MARYLAND, Respondent. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Appeal from Trial Term, New York County. Action by Robert E. Westcott against the Fidelity & Deposit Company of Maryland. From a judgment granting insufficient relief, plaintiff appeals. Affirmed. E. H. Benn, for appellant. Albert B. Boardman, for respondent.

PER CURIAM. This case was before this court upon a former appeal from a judgment in favor of the plaintiff. 87 App. Div. 497, 84 N. Y. Supp. 731. Upon the new trial the same facts were presented, and the court below followed the decision of this court in directing a verdict for the plaintiff for the sum of $2,348.87, with interest. The plaintiff having, therefore, recovered a judgment for the damages that he has sustained by the breach of the contract to secure the performance of which this bond was given, he was not entitled to a further recovery. It follows that the judgment appealed from must be affirmed, with costs.

---

WESTCOTT, Respondent, v. NEW YORK CASUALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Joseph Westcott against the New York Casualty Company.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

HOOKER, J., not voting.

---

WHIPPLE et al., Respondents, v. WEBB, Appellant, et al. (Supreme Court, Appellate Division, Third Department. January 10, 1905.) Action by Charles R. Whipple and James N. Robinson against Jennie Webb, impleaded with another. No opinion. Judgment (89 N. Y. Supp. 900) unanimously affirmed, with costs.

---

WHITE, Appellant, v. LOOMIS, Respondent. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by William N. White against Leslie G. Loomis. G. Caldwell, for appellant. J. S. Sheppard, Jr., for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

WHITE v. MOSES et al. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by Henry G. White against Joel M. Moses and another. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

---

WHITE, Respondent, v. WHITE, Appellant. (Supreme Court, Appellate Division, Third Department. March 8, 1905.) Action by Elizabeth N. White against John H. White. No opinion. Order affirmed, with $10 costs and disbursements.

---

WHITNEY, Respondent, v. WARD et al., Appellants. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by Levi L. Whitney against Thomas E. Ward and another. P. K. Deane, for appellants. C. De H. Brower, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

WILLIAMS et al., Respondents, v. HATCH, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 15, 1905.) Action by Elizabeth B. Williams and others against Albert G. Hatch.

PER CURIAM. Cause restored to the calendar. Appeal dismissed, with costs, including $10 costs of motion, unless within 10 days appellant file and serve the printed papers on appeal and pay the $10 costs of this motion, in which event the motion is denied.

---

WILSON v. FRANKLIN et al. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Lucy E. W. Wilson against William Franklin and another. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

---

WILSON v. HINMAN. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by Mary H. Wilson against Charles N. Hinman. No opinion. Motion for leave to appeal to Court of Appeals granted, and question certified: "Does the complaint state facts sufficient to constitute a cause of action?"